United States Bankruptcy Court

Brenda M Johnson.	Case: 15-41795-BDL

Vs.

Unemployment Security Administration	Motion Contempt of Court

DNA Westside Estates North Pearl.	Injunction 11 U.S.C 564

Hearthstone housing foundation partnership,	Noting Date: August 31, 2023

On-site, Pioneer Human Services, WSDOT.,

Electronic Transaction Consultants Corporation ETC,

Catholic Community Services, Division of Child Support,

Terry Lee Rembert, Albertsons companies, Kenneth Johnson,

Rennette Johnson, Amazon et.,al..

Defendants,

    The parties have violated the Bankruptcy Charpter7 protection order which is a willful action of retaliation Disobedience of any lawful judgment, decree, order, or process of the court; such as Refusal as a witness to appear, be sworn, or, without lawful authority, to answer a question; or Refusal, without lawful authority, to produce a record, document, or other object to pay a debt under the following circumstances:

Operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability of the debtor, whether or not discharge of such debt is waived; and

Motion Contempt of Court                          1.             Brenda M Johnson

    Case: 15-41795-BDL

operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect or recover from, or offset against, property of the debtor of the kind specified in section 541(a)(2) of this title that is acquired after the commencement of the case, on account of any allowable community claim, except a community claim that is excepted from discharge under section 523, 1228(a)(1), or 1328(a)(1) 1 of this title, or that would be so excepted, determined in accordance with the provisions of sections 523(c) and 523(d) of this title, in a case concerning the debtor's spouse commenced on the date of the filing of the petition in the case concerning the debtor, whether or not discharge of the debt based on such community claim is waived.

The respondents has an agreement with petitioner. An agreement between a holder of a claim and the debtor, the consideration for which, in whole or in part, is based on a debt that is dischargeable in a case under this title is enforceable only to any extent enforceable under applicable nonbankruptcy law, whether or not discharge of such debt is waived,

Fraudulent transaction reported and evidence was provided as a peaceful way to resolve anything questions and outside the practice of State and Federal laws and regulations negligent behavior to cause additional harm to Ms. Johnson violating the United States Bankruptcy Code for Injunction. Damages taking rights . "All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property. 42 USC 1983

These proceedings took place in front of the Court in Pierce County Superior Court, King County Superior Court, United States District Court of Western Washington, and US Ninth Circuit Court of Appeals.

Cases : United States District Court

Johnson v. Electronic Transaction Consultants Corporation, 3:14-cv-05872-rjb ,Ninth Circuit: 15-41795: Court of Appeals 23-35233, Johnson v. Catholic Community Services et al (3:19-cv-05316), Washington Western ...(Pierce County Superior Court (JOHNSON, BRENDA M  14-2-12645-5    PLA    BRENDA M JOHNSON VS. DEPARTMENT OF CHILD SUPPORT    09/23/14

JOHNSON, BRENDA M    14-2-12697-8  PLA    BRENDA M JOHNSON VS. ELECTRONIC TRANSACTION CONSULTANTS    09/24/14

Motion Contempt of Court                              2.                    Brenda M Johnson
    Case: 15-41795-BDL

JOHNSON, BRENDA MARIE 13-2-01827-1 PET    BRENDA MARIE JOHNSON vs. TERRY REMBERT

JOHNSON, BRENDA 21-2-05769-3 DEF    PIONEER HUMAN SERVICES VS. BRENDA JOHNSON)

Superior Court of Appeals State of Washington

85405-4 Brenda M Johnson vs Kenneth Johnson , Rennette Johnson

Since 1987, several courts of appeals have held that bankruptcy judges have the power to issue civil contempt orders. See, e.g., Matter of Terrebonne Fuel and Lube, Inc., 108 F.3d 609 (5th Cir. 1997); In re Rainbow Magazine, Inc., 77 F.3d 278 (9th Cir. 1996).

The Supreme Court has repeatedly held that federal courts possess inherent authority to punish contempt—i.e., disobedience of a court order or obstruction of justice—and to impose other sanctions on parties or attorneys who engage in misconduct. See United States v. United Mine Workers, 330 U.S. 258, 299 (1947).

ArtIII.S1.4.3 Inherent Powers Over Contempt and Sanctions

The amendment incorporates the view expressed in Perlman v. 322 West Seventy-Second Street Co., Inc. (C.C.A.2d, 1942) 127 F.(2d) 716; 3 Moore's Federal Practice (1938) 3276, and further permits correction after docketing, with leave of the appellate court. Some courts have thought that upon the taking of an appeal the district court lost its power to act. See Schram v. Safety Investment Co. (E.D.Mich. 1942) 45 F.Supp. 636; also Miller v. United States (C.C.A.7th, 1940) 114 F.(2d) 267.

Facts :

the Mandate was not followed nor Bankruptcy Charpter7 protection and Injunction a Blatant disregard for the law.

Motion Contempt of Court                3.            Brenda M Johnson

    Case: 15-41795-BDL

Grounds for Relief and supplements rule on the evidence and matters of law without deferring to that court's findings. A trial court may also hear a case "de novo" following the appeal of an arbitration decision. Reference U.S. department of labor August 22, 2014 under Protective Activity 6 USC 1142 ; and 6 USC 1131

GROUNDS FOR RELIEF FROM A FINAL JUDGMENT, ORDER, OR PROCEEDING. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

   (1) mistake, inadvertence, surprise, or excusable neglect;

   (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

   (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

   (4) the judgment is void;

   (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

   (6) any other reason that justifies relief.

Conclusion The petitioner has petition the court for a Motion Contempt of orders before additional damages occur. It's Brenda M Johnson prayer that the motion is granted upon evidence supporting documents filed within the docket of the court between cases .

Motion Contempt of Court                                          Brenda M Johnson

   Case: 15-41795-BDL                             4

Motion Contempt

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 08/30/2023

(Signature)

/s. Brenda M Johnson    *Brenda M Johnson*    9/1/2023

25600 Lake Wilderness Country Club Dr SE

Maple Valley WA 98038

253-650-0498

brendajtacoma@aol.com

Mailing address: 425 South Tacoma

Tacoma Washington 98406

| Motion Contempt of Court   declaration | 1. | Brenda M Johnson |

Case: 15-41795-BDL

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| **PLAINTIFFS** Brenda M Johnson | **DEFENDANTS** Unemployment Security Administration DNA Westside Estates North Pearl. Injunction 11 U.S.C 564 Hearthstone housing foundation partnership, On-site, Pioneer Human Services, WSDOT., et.al |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

The parties have broken the injunction causing adverse effects on Brenda M.Johnson by withholding property and rights under:
operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability of the debtor, whether or not discharge of such debt is waived; and

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☒ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☒ Check if a jury trial is demanded in complaint | Demand $ $199,100,600,000. |

Other Relief Sought
Mandate 12/09/2023, Compensatory damages. ...Punitive damages. ... Nominal damages. ...Liquidated damages

Case 15-41795-BDL

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR Brenda M Johnson | | BANKRUPTCY CASE NO. Case: 15-41795-BDL | |
| DISTRICT IN WHICH CASE IS PENDING 23-35233 | DIVISION OFFICE | | NAME OF JUDGE Benjamin H. Settle |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING UNITED STATE NINTH CIRCUIT San Francisco | DIVISION OFFICE | | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) *Brenda M. Johnson* | | | |
| DATE 08/30/2023 | | PRINT NAME OF ATTORNEY (OR PLAINTIFF) Brenda M Johnson | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.