PERKINS**coie**

1201 Third Avenue        T  +1.206.359.8000
Suite 4900               F  +1.206.359.9000
Seattle, WA 98101-3099      PerkinsCoie.com

December 1, 2023

Alan D. Smith
ADSmith@perkinscoie.com
D.  +1.206.359.8410
F.  +1.206.359.9410

**VIA ECF**

Honorable Brian D. Lynch
United States Bankruptcy Court, Western
District of Washington
Tacoma Federal Courthouse Union Station
1717 Pacific Avenue, Suite 2100
Tacoma, WA  98402-3233

Re:    **In re Brenda Marie Johnson, Case No. 15-41795-BDL**
       **Johnson v. Unemployment Security Administration, et al., Adv. No. 23-04031-BDL**
       **Request to Appear Telephonically at December 13, 2023, 9:00 a.m. Hearings**

Dear Judge Lynch:

We represent Albertsons Companies, Inc., sued as Albertsons companies in the referenced
adversary proceeding.  I request permission to appear telephonically at the hearings scheduled in
the main case and in the adversary proceeding at 9:00 a.m. on December 1, 2023.

Very truly yours,

Alan D. Smith